IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDGEWATER HOLDINGS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE DAVID ROSS GROUP, INC., a New Jersey corporation; IMPROVED MOBILE SERVICE, INC., a New Jersey corporation; OPTICONNECT, INC., DAVID G. ROSS, a citizen of the State of New Jersey; and, JOHN J. MARIANO, a citizen of the State of New Jersey,<br><br>Defendants. | Civil Action No. 07-425 |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Elizabeth M. McGeever, Esquire, of Prickett, Jones & Elliott, P.A., on behalf of plaintiff Edgewater Holdings Corporation.

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
Elizabeth M. McGeever (DE Bar I.D. #2057)
Laina M. Herbert (DE Bar I.D. #4717)
1310 King Street, P.O. Box 1328
Wilmington, Delaware 19899-1328
emmcgeever@prickett.com
lmherbert@prickett.com
Attorneys for Plaintiff, Edgewater Holdings Corporation

DATED: July 5, 2007

9999.9999\338655v1

OF COUNSEL:

Robert Mahoney, Esquire
NORRIS McLAUGHLIN & MARCUS, PA
721 Route 202-206
P.O. Box 1018
Somerville, New Jersey  08876-1018
(908) 722-0700
RMahoney@nmmlaw.com