IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDGEWATER HOLDINGS CORPORATION, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 07-425-*** |
| v. | ) ) | |
| THE DAVID ROSS GROUP, INC., a New Jersey corporation; IMPROVED MOBILE SERVICE, INC., a New Jersey corporation; OPTICONNECT, INC., DAVID G. ROSS, a citizen of the State of New Jersey; and, JOHN J. MARIANO, a citizen of the State of New Jersey, | ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

### PLAINTIFF'S DEMAND FOR TRIAL BY JURY

Pursuant to F.R.C.P. 38 and Local Rule 38.1, Plaintiff, Edgewater Holdings Corporation, hereby demands a trial by jury of all causes of action to be tried in this case.

PRICKETT, JONES & ELLIOTT, P.A.

By: /s/ Laina M. Herbert
Elizabeth M. McGeever (DE Bar I.D. #2057)
Laina M. Herbert (DE Bar I.D. #4717)
1310 King Street, P.O. Box 1328
Wilmington, Delaware 19899-1328
TEL: 302-888-6500
emmcgeever@prickett.com
lmherbert@prickett.com
*Attorneys for Plaintiff, Edgewater Holdings Corporation*

DATED: September 11, 2007

20282.1\345647v1

OF COUNSEL:

Robert Mahoney, Esquire
NORRIS McLAUGHLIN & MARCUS, PA
721 Route 202-206
P.O. Box 1018
Somerville, New Jersey 08876-1018
(908) 722-0700
RMahoney@nmmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed **PLAINTIFF'S DEMAND FOR TRIAL BY JURY** with the Clerk of Court using CM/ECF and served by Federal Express a copy to

        Paul F. Carvelli, Esquire
        McCusker, Anselmi, Rosen & Carvelli, P.C.
        127 Main Street
        Chatham, NJ 07928
        TEL: 973-635-6300

        The David Ross Group, Inc.
        127 Main Street
        Chatham, NJ 07928

        Improved Mobile Service, Inc.
        127 Main Street
        Chatham, NJ 07928

        OptiConnect, Inc.
        127 Main Street
        Chatham, NJ 07928

        David G. Ross
        The David Ross Group, Inc.
        127 Main Street
        Chatham, NJ 07928

        John J. Mariano
        OptiConnect, Inc.
        127 Main Street
        Chatham, NJ 07928

        /s/ Laina M. Herbert
        Elizabeth M. McGeever (DE Bar I.D. #2057)
        Laina M. Herbert (DE Bar I.D. #4717)
        1310 King Street, P.O. Box 1328
        Wilmington, Delaware 19899-1328
        TEL: 302-888-6500
        emmcgeever@prickett.com
        lmherbert@prickett.com
        *Attorneys for Plaintiff, Edgewater Holdings*
          *Corporation*

20282.1\345647v1