IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDGEWATER HOLDINGS CORPORATION, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 07-425-*** |
| v. | ) ) | |
| THE DAVID ROSS GROUP, INC., a New Jersey corporation; IMPROVED MOBILE SERVICE, INC., a New Jersey corporation; OPTICONNECT, INC., DAVID G. ROSS, a citizen of the State of New Jersey; and, JOHN J. MARIANO, a citizen of the State of New Jersey, | ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Robert Mahoney, Esquire and Kerry A. Duffy, Esquire to represent Plaintiff in this matter.

                                                    PRICKETT, JONES & ELLIOTT, P.A.

                                                    By: _/s/ Laina M. Herbert_
                                                      Elizabeth M. McGeever (DE Bar I.D. #2057)
                                                      Laina M. Herbert (DE Bar I.D. #4717)
                                                      1310 King Street, P.O. Box 1328
                                                      Wilmington, Delaware 19899-1328
                                                      emmcgeever@prickett.com
                                                      lmherbert@prickett.com
                                                      *Attorneys for Plaintiff, Edgewater Holdings Corporation*

Dated: September 17, 2007

## ORDER GRANTING MOTION

The foregoing application of Robert Mahoney, Esquire and Kerry A. Duffy, Esquire for admission to practice in this action *pro hac vice* is hereby granted.

SO ORDERED this _____ day of _____, 2007.

                                                                         _____
                                                                         United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: 9-17-07

Robert Mahoney
NORRIS, McLAUGHLIN & MARCUS, PA
721 Route 202-206
P.O. Box 1018
Somerville, New Jersey 08876-1018
Telephone: (908) 722-0700
Facsimile: (908) 722-0755
rmahoney@nmmlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: 9/17/07

Kerry A. Duffy
NORRIS, McLAUGHLIN & MARCUS, PA
721 Route 202-206
P.O. Box 1018
Somerville, New Jersey 08876-1018
Telephone: (908) 722-0700
Facsimile: (908) 722-0755
kaduffy@nmmlaw.com