IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDGEWATER HOLDINGS CORPORATION, a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>THE DAVID ROSS GROUP, INC., a New Jersey Corporation; IMPROVED MOBILE SERVICE, INC., a New Jersey Corporation; OPTICONNECT, INC.; DAVID G. ROSS, a citizen of the State of New Jersey; JOHN J. MARIANO, a citizen of the State of New Jersey<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-425 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* for Paul F. Carvelli, Esquire to represent Defendant in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been or will be submitted to the Clerk's Office for Paul F. Carvelli, Esquire upon the filing of this motion.

YOUNG CONAWAY<br>
STARGATT & TAYLOR, LLP<br>
<br>
/s/ John W. Shaw<br>
John W. Shaw (No. 3362)<br>
The Brandywine Building<br>
1000 West Street, 17th Floor<br>
Wilmington, DE 19801<br>
jshaw@ycst.com<br>
Attorney for Defendant

Dated: September 28, 2007

## **ORDER**

      IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

Dated: _____, 2007

                                          _____
                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practing and in good standing as a member of the Bar of the State of New Jersey, and purusant ot Local Rule 83.6, submit to this disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submited ot the Clerk's office upon the filing of this motion.

Dated: September 24, 2007

_____
Paul F. Carvelli, Esq.
McCUSKER, ANSELMI, ROSEN & CARVELLI, P.C.
127 Main Street
Chatham, NJ 07928

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on September 28, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Elizabeth M. McGeever
>Laina M. Herbert
>1310 King Street, P.O. Box 1328
>Wilmington, DE 19899-1328

I further certify that on September 28, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and by electronic mail on the following counsel of record:

>Kerry A. Duffy, Esquire
>Robert Mahoney, Esquire
>Norris McLaughlin & Marcus, PA
>721 Route 202-206
>P.O. Box 1018
>Somerville, New Jersey 08876-1018

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
*Attorney for Defendant*