## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDGEWATER HOLDINGS CORPORATION, a Delaware corporation, | : : : |
| Plaintiff, | : : |
| v. | : : C. A. No. 07-425-*** |
| THE DAVID ROSS GROUP, INC., et al., | : : |
| Defendants. | : |

## ORDER

At Wilmington this **31st** day of **October, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, November 15, 2007 at 11:00 a.m.** with Magistrate Judge Thynge to discuss the parties' interest in mediation. **Elizabeth M. McGeever, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE