IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDGEWATER HOLDINGS CORPORATION, ) <br> a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No. 07-425-*** <br> v. ) <br> ) <br> THE DAVID ROSS GROUP, INC., a ) <br> New Jersey corporation; IMPROVED MOBILE ) <br> SERVICE, INC., a New Jersey corporation; ) <br> OPTICONNECT, INC., DAVID G. ROSS, a ) <br> citizen of the State of New Jersey; and, JOHN J. ) <br> MARIANO, a citizen of the State of New ) <br> Jersey, ) <br> ) <br> Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 5, 2007, I caused a copy of **Plaintiff's Mandatory Disclosure Statement Pursuant to Fed.R.Civ.P. 26** and this **NOTICE OF SERVICE** to be served via CM/ECF on the following:

> John W. Shaw
> Young, Conaway, Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899-0391

and by U.S. Mail on the following:

> Paul F. Carvelli, Esquire
> McCusker, Anselmi, Rosen & Carvelli, P.C.
> 127 Main Street
> Chatham, NJ  07928

20282.1\350715v1

                                      PRICKETT, JONES & ELLIOTT, P.A.

By: _/s/ Guy M. McGeever_____
    Elizabeth M. McGeever (DE Bar I.D. #2057)
    Laina M. Herbert (DE Bar I.D. #4717)
    1310 King Street, P.O. Box 1328
    Wilmington, Delaware 19899-1328
    TEL: 302-888-6500
    emmcgeever@prickett.com
    lmherbert@prickett.com
Attorneys for Plaintiff, Edgewater Holdings
  Corporation

OF COUNSEL:

Robert Mahoney, Esquire
Kerry A. Duffy, Esquire
NORRIS McLAUGHLIN & MARCUS, PA
721 Route 202-206
P.O. Box 1018
Somerville, New Jersey 08876-1018
(908) 722-0700
rmahoney@nmmlaw.com
kaduffy@nmmlaw.com

DATED: November 5, 2007