IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDGEWATER HOLDINGS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE DAVID GROUP, INC., a New Jersey corporation; IMPROVED MOBILE SERVICE, INC., a New Jersey corporation; OPTICONNECT, INC., DAVID G. ROSS, a citizen of the State of New Jersey; and, JOHN J. MARIANO, a citizen of the State of New Jersey,<br><br>Defendants. | Civil Action No. 07-425 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 5, 2007, copies of *Defendants' Initial Disclosures* were served upon the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Elizabeth M. McGeever, Esquire
Laina M. Herbert, Esquire
Prickett, Jones & Elliot, P.A.
1310 King Street
PO Box 1328
Wilmington, DE 19899-0391

**BY U.S. MAIL & E-MAIL**

Robert Mahoney, Esquire
Kerry A. Duffy, Esquire
Norris, McLaughlin & Marcus, PA
721 Route 202-206
PO Box 1018
Somerville, New Jersey 08876-1018

Additionally, I hereby certify that on November 5, 2007, I caused this Notice of Service to be electronically filed with the Clerk of Court using CM/ECF and served up on the following counsel in the manner indicated:

**BY CM/ECF, E-MAIL & HAND DELIVERY**

Elizabeth M. McGeever, Esquire
Laina M. Herbert, Esquire
Prickett, Jones & Elliot, P.A.
1310 King Street
PO Box 1328
Wilmington, DE 19899-0391

**BY U.S. MAIL & E-MAIL**

Robert Mahoney, Esquire
Kerry A. Duffy, Esquire
Norris, McLaughlin & Marcus, PA
721 Route 202-206
PO Box 1018
Somerville, New Jersey 08876-1018

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        __/s/ Chad S.C. Stover_____
        John W. Shaw (No. 3362)
        Chad S.C. Stover (No. 4919)
        The Brandywine Building, 17th Floor
        1000 West Street
        Wilmington, DE  19801
        (302) 571-6600
        cstover@ycst.com

        -and-

        MCCUSKER ANSELMI,
        ROSEN & CARVELLI, P.C.
        127 Main Street
        Chatham, New Jersey 07928
        (973) 635-6300

        *Attorneys for Defendants*
        *David Ross Group, Inc., Improved Mobile Service, Inc.,*
        *Opticonnect, Inc., David G. Ross and John J. Mariano*

Dated:  November 5, 2007