IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDGEWATER HOLDINGS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE DAVID ROSS GROUP, INC., a New Jersey corporation; IMPROVED MOBILE SERVICE, INC., a New Jersey corporation; OPTICONNECT, INC., DAVID G. ROSS, a citizen of the State of New Jersey; and, JOHN J. MARIANO, a citizen of the State of New Jersey,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-425-*** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 4, 2007, copies of the *(1)Defendants The David Ross Group, Inc. et al.'s First Request for Production of Documents to Plaintiff* and *(2)Defendants The David Ross Group, Inc. et al.'s First Set of Interrogatories to Plaintiff* were caused to be served upon the following counsel of record in the manner indicated below:

| **HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| Elizabeth M. McGeever, Esquire<br>Laina M. Herbert, Esquire<br>PRICKETT JONES & ELLIOTT, P.A.<br>1310 King Street, P.O. Box 1328<br>Wilmington, Delaware 19899-1328<br>*emmcgeever@prickett.com*<br>*lmherbert@prickett.com* | Robert Mahoney, Esquire<br>Kerry A. Duffy, Esquire<br>NORRIS MCLAUGHLIN & MARCUS PA<br>721 Route 202-206 North<br>P.O. Box 1018<br>Somerville, New Jersey 08876-1018<br>*rmahoney@nmmlaw.com*<br>*kaduffy@nmmlaw.com* |

Additionally, I hereby certify that on December 4, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification to the following counsel with additional service in the manner indicated:

| **BY HAND DELIVERY & E-MAIL** | **BY E-MAIL** |
|---|---|
| Elizabeth M. McGeever, Esquire<br>Laina M. Herbert, Esquire<br>PRICKETT JONES & ELLIOTT, P.A.<br>1310 King Street, P.O. Box 1328<br>Wilmington, Delaware 19899-1328<br>*emmcgeever@prickett.com*<br>*lmherbert@prickett.com* | Robert Mahoney, Esquire<br>Kerry A. Duffy, Esquire<br>NORRIS MCLAUGHLIN & MARCUS PA<br>721 Route 202-206 North<br>P.O. Box 1018<br>Somerville, New Jersey 08876-1018<br>*rmahoney@nmmlaw.com*<br>*kaduffy@nmmlaw.com* |

YOUNG CONAWAY STARGATT
& TAYLOR

/s/ John W. Shaw
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
*jshaw@ycst.com*

Dated: December 4, 2007