# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDGEWATER HOLDINGS CORPORATION, a Delaware corporation, | : : : | |
| Plaintiff, | : : | |
| v. | : : | C. A. No. 07-425-*** |
| THE DAVID ROSS GROUP, INC., et al., | : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **21st** day of **December, 2007.**

IT IS ORDERED that the mediation conference scheduled for Wednesday, January 16, 2008 at 10:30 a.m. is canceled. A teleconference has been scheduled for **Wednesday, January 16, 2008 at 10:30 a.m.** with Judge Thynge to discuss the status of the case and the rescheduling of the mediation. **John Shaw, Esquire shall initiate the teleconference call.**

Counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE