IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDGEWATER HOLDINGS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE DAVID ROSS GROUP, INC., a New Jersey corporation; IMPROVED MOBILE SERVICE, INC., a New Jersey corporation; OPTICONNECT, INC., DAVID G. ROSS, a citizen of the State of New Jersey; and, JOHN J. MARIANO, a citizen of the State of New Jersey,<br><br>Defendants. | Civil Action No. 07-425-*** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 18, 2008, Paul Carvelli of McCusker, Anselmi, Rosen & Carvelli, P.C., 127 Main Street, Chatham, New Jersey 07928 caused true and correct copies of Defendants The David Ross Group, Inc., Et Al.'s Objections And Responses To Plaintiff's First Request For Production Of Documents to be served upon the following counsel of record as indicated:

### BY E-MAIL AND FIRST CLASS MAIL

Laina M. Herbert, Esq.
Elizabeth M. McGeever, Esq.
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
PO Box 1328
Wilmington, DE 19899-1328

Robert Mahoney, Esq.
NORRIS MCLAUGHLIN
& MARCUS, P.A.
721 Route 202-206
PO Box 1018
Somerville, NJ 08876-1018

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
James L. Higgins (No. 5021)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com

MCCUSKER, ANSELMI,
ROSEN & CARVELLI, P.C.
127 Main Street
Chatham, New Jersey 07928
(973) 635-6300
pcarvelli@marc-law.com

*Attorneys for Defendants*
*The David Ross Group, Inc., Improved*
*Mobile Service, Inc.,*
*Opticonnect, Inc., David G. Ross and*
*John J. Mariano*

Dated: January 18, 2008