IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDGEWATER HOLDINGS CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE DAVID ROSS GROUP, INC., a New Jersey corporation; IMPROVED MOBILE SERVICE, INC., a New Jersey corporation; OPTICONNECT, INC., DAVID G. ROSS, a citizen of the State of New Jersey; and, JOHN J. MARIANO, a citizen of the State of New Jersey,<br><br>    Defendants. | Civil Action No. 07-425-*** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 18, 2008, I caused a copy of (1) **PLAINTIFF EDGEWATER HOLDINGS CORPORATION'S OBJECTIONS AND RESPONSES TO DEFENDANTS THE DAVID ROSS GROUP, INC. ET AL.S' FIRST SET OF INTERROGATORIES TO PLAINTIFF**, and (2) **PLAINTIFF EDGEWATER HOLDINGS CORPORATION'S OBJECTIONS AND RESPONSES TO DEFENDANTS THE DAVID ROSS GROUP, INC., ET AL.S' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF** to be served upon the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
jshaw@ycst.com


**BY U.S. MAIL AND E-MAIL**

Paul F. Carvelli, Esquire
McCusker, Anselmi, Rosen & Carvelli, P.C.
127 Main Street
Chatham, NJ  07928
PCarvelli@marc-law.com

Additionally, I hereby certify that on January 18, 2008, I caused this Notice of Service to be electronically filed with the Clerk of Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF, E-MAIL & HAND DELIVERY**

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
jshaw@ycst.com


**BY U.S. MAIL AND E-MAIL**

Paul F. Carvelli, Esquire
McCusker, Anselmi, Rosen & Carvelli, P.C.
127 Main Street
Chatham, NJ  07928
PCarvelli@marc-law.com

                    PRICKETT, JONES & ELLIOTT, P.A.

By: */s/ Laina M. Herbert*
     Elizabeth M. McGeever (DE Bar I.D. #2057)
     Laina M. Herbert (DE Bar I.D. #4717)
     1310 King Street, P.O. Box 1328
     Wilmington, Delaware 19899-1328
     TEL: 302-888-6500
     emmcgeever@prickett.com
     lmherbert@prickett.com
*Attorneys for Plaintiff, Edgewater Holdings Corporation*

OF COUNSEL:

Robert Mahoney, Esquire
Kerry A. Duffy, Esquire
NORRIS McLAUGHLIN & MARCUS, PA
721 Route 202-206
P.O. Box 1018
Somerville, New Jersey 08876-1018
(908) 722-0700
rmahoney@nmmlaw.com
kaduffy@nmmlaw.com