IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDGEWATER HOLDINGS CORPORATION, a Delaware corporation, | : : : |
| Plaintiff, | : : |
| v. | : : C. A. No. 07-425-*** |
| THE DAVID ROSS GROUP, INC., et al., | : : |
| Defendants. | : : |

## ORDER

At Wilmington this **11th** day of **February, 2008.**

IT IS ORDERED that the mediation conference has been rescheduled for **Wednesday, March 12, 2008 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Monday, March 3, 2008.** All other provisions of the Court's November 15, 2007 Order shall remain in full force and effect.

Counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE