IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDGEWATER HOLDINGS CORPORATION, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 07-425-GMS |
| THE DAVID ROSS GROUP, INC., a New Jersey corporation; IMPROVED MOBILE SERVICE, INC., a New Jersey corporation; OPTICONNECT, INC., DAVID G. ROSS, a citizen of the State of New Jersey; and JOHN J. MARIANO, a citizen of the State of New Jersey, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 11, 2008, copies of *Defendants The David Ross Group, Inc., Et Al.'s Objections and Responses to Plaintiff's Interrogatories* were served upon the following counsel of record in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Elizabeth M. McGeever, Esquire
Laina M. Herbert, Esquire
Prickett, Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

**BY U.S. MAIL AND E-MAIL**

Robert Mahoney, Esquire
Kerry A. Duffy, Esquire
Norris, McLaughlin & Marcus, PA
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018

Additionally, I hereby certify that on February 11, 2008, I caused this Notice of Service to be electronically filed with the Clerk of Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF, E-MAIL & HAND DELIVERY**

Elizabeth M. McGeever, Esquire
Laina M. Herbert, Esquire
Prickett, Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

**BY U.S. MAIL & E-MAIL**

Robert Mahoney, Esquire
Kerry A. Duffy, Esquire
Norris, McLaughlin & Marcus, PA
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

John W. Shaw (No. 3362)
James L. Higgins (No. 5021)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jhiggins@ycst.com

-and-

MCCUSKER, ANSELMI,
ROSEN & CARVELLI, P.C.
127 Main Street
Chatham, NJ 07928
(973) 635-6300

*Attorneys for Defendants The David Ross Group,*
*Inc., Improved Mobile Service, Inc., Opticonnect,*
*Inc., David G. Ross and John J. Mariano*

Dated: February 11, 2008