## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDGEWATER HOLDINGS CORPORATION, a Delaware corporation, | : : : |
| Plaintiff, | : : |
| v. | :    C. A. No. 07-425-GMS |
| THE DAVID ROSS GROUP, INC., et al., | : : : |
| Defendants. | : |

## **ORDER**

At Wilmington this **2nd** day of **April, 2008.**

IT IS ORDERED that the status teleconference scheduled for Thursday, May 15, 2008 with Judge Thynge is cancelled.

Counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE